| | |
|---|---|
| 1 | Eugene F. West (CA SBN: 102033)<br>WEST CORZINE, LLP |
| 2 | 400 West Ventura Blvd., Ste 205<br>Camarillo, California 93010-9141 |
| 3 | Tel.: (805)388-5887<br>Fax: (805)384-1518 |
| 4 | efwest@westcorzinelaw.com       **JS-6** |
| 5 | Robert D. Kinsey, Jr. (NE SBN: 12232)<br>KINSEY ROWE BECKER & |
| 6 | KISTLER, LLP<br>3800 Vermaas Place, Suite 100 |
| 7 | Lincoln, NE 68502<br>Telephone: (402)434-9053 |
| 8 | Facsimile:   (402)438-1654<br>rkinsey@krbklaw.com |
| 9 | *pro hac vice* |
| 10 | Attorneys for Defendant, |
| 11 | BOB HUBBARD HORSE TRANSPORTATION, INC. and<br>CREECH HORSE TRANSPORTATION, INC |

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CYNTHIA LYDON, an individual, | ) | Case No.: 5:15-CV-00044-VAP(KKx) |
| Plaintiff, | ) | Hon. Virginia A. Phillips<br>U.S. District Judge |
| v. | ) | |
| BOB HUBBARD HORSE TRANSPORTATION, INC., CREECH HORSE TRANSPORTATION, INC., CRAIG LAWRENCE, and DOES 3-10, | ) | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | ) | |

This matter comes on for hearing upon the Joint Stipulation for Dismissal with Prejudice and the Court being fully advised orders the above captioned action

dismissed with prejudice. Each party to pay their own costs and attorney's fees. Complete record is waived.

Dated this 25th day of November, 2015

*Virginia A. Phillips*

Hon. Virginia A. Phillips
U.S. District Judge